NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SRI INTERNATIONAL**

---

2012-1456

(Reexamination No. 90/008,123)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

The United States Patent and Trademark Office moves without opposition for a 30-day extension of time, until January 17, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE SRI INTERNATIONAL                                                    2

                                  FOR THE COURT

                                   /s/ Jan Horbaly
                                  Jan Horbaly
                                  Clerk

s27